IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | CR. NO. 05-00180-CG |
| ) | |
| HALEY A. MARTIN and ) | |
| RACHAEL GARRETT, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the court on the United States' Motion to Dismiss Indictment filed on January 8, 2007 (Doc. 155), in which the United States represents that the defendants have successfully completed the pretrial diversion program.

Upon due consideration and pursuant to Fed.R.Crim.P. 48(a), the motion hereby is **GRANTED**. It, therefore, is **ORDERED** that the Indictment filed on May 26, 2005, against defendants Haley A. Martin and Rachael Garrett hereby is **DISMISSED**.

**DONE and ORDERED** this 8th day of January, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE